UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 18-1342
_____

JOHN DOE,
Petitioner

v.

ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA,
Respondent

(A209-390-025)


PRESENT:   RESTREPO, ROTH, and FISHER, <u>Circuit Judges</u>

At the request of counsel for the petitioner, petitioner shall be permitted to proceed under a pseudonym.  Petitioner shall be identified as John Doe, retroactive to February 20, 2018.

The precedential opinion issued on March 31, 2020 is hereby VACATED.  An amended opinion shall be issued.  The revisions to the opinion do not affect the substance of the opinion as initially entered nor alter the Court's disposition of the merits.

An amended judgment shall be entered with respect to the caption; however, the filing date of the judgment shall stand.

The Clerk is directed to take any action deemed necessary with respect to the Court's docket so that petitioner is identified as John Doe.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Date: April 16, 2020